UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICTOR CADENA,

    Plaintiff,

v.

SCOTT CUPP, et al.,

    Defendants.

Case No. 19-cv-02684-RS (PR)

**ORDER OF DISMISSAL**

This 42 U.S.C. § 1983 suit is DISMISSED because plaintiff has not complied with federal pleading rules or with the Court's repeated instructions to follow those rules. Federal pleading rules require that claims be based on "the same transaction, occurrence, or series of transactions or occurrences" and pose a "question of law or fact common to all defendants." Fed. R. Civ. P. 20(a)(2). They also require that a complaint "contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Plaintiff's current complaint contains many unrelated and conclusory claims of retaliation, harassment, improper cell searches, placement in cells without pillows or bedding, etc. One defendant he names, Cupp, was not involved in the other defendant's actions. Also, most of the lack of bedding claims are not linked to any specific defendant.

He speaks of two cell searches, but the second is not tied to any defendant. These allegations of a single cell search — the second not having been linked to any defendant — do not state a claim for relief. Plaintiff has not alleged any specific facts indicating it was an unjustified search. Federal pleading rules require factual allegations that indicate "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678. Plaintiff also mentions a wrong committed against another inmate that did not affect or damage plaintiff at all. Furthermore, in none of these claims does plaintiff identify which constitutional rights were violated.

The Court has provided plaintiff with two prior warnings that his complaints are deficient, and has given plaintiff two opportunities to cure these deficiencies. (Dkt. Nos. 7 and 10.) If plaintiff believes he can comply with federal pleading rules to narrow his claims and provide sufficient factual detail to state a claim for relief, he may file an amended complaint.

This suit is DISMISSED without prejudice. The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** February  6 , 2020

_____
RICHARD SEEBORG
United States District Judge